**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Cook*, 17-cv-1115<br>*Zirretta*, 25-cv-1681<br>*Ramirez*, 17-cv-4976<br>*Patton*, 25-cv-1520 | **DEFENDANTS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1** |

I, John P. Mandler, certify that Defendants' Combined Reply in Support of Motion for Judgment on the Pleadings and Response to Plaintiffs' Motions for Leave to Amend, complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Combined Reply and Response contains 5,702 words, and that together the Opening and Reply Memoranda relating to the Motion for Judgment on the Pleadings contain 11,825 total words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Respectfully submitted,

Date: November 19, 2025

*s/John P. Mandler*

John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***