**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Cook*, 17-cv-1115<br>*Zirretta*, 25-cv-1681<br>*Ramirez*, 17-cv-4976<br>*Patton*, 25-cv-1520 | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 72.2** |

I, John P. Mandler, certify that Defendants' Response in Opposition to Plaintiffs' Objections to Report & Recommendation complies with the requirements of Local Rule 72.2. I certify that the Response contains 3,445 words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Respectfully submitted,

Date: September 2, 2026

s/John P. Mandler

John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***